# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4970
_____

GENEVA MARIE KELLUM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

February 20, 2019

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.110(b) (providing that a notice of appeal must be filed within 30 days of rendition of order to be appealed).

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Geneva Marie Kellum, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.